UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DAVID G. GONZALEZ,

        Plaintiff,

  v.

ROBERT K. WONG et al,

        Defendant.

Case Number: CV09-05439 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 16, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David G. Gonzalez D-04912
San Quentin State Prison
4-N-41
San Quentin, CA 94974

Dated: February 16, 2010

                                        Richard W. Wieking, Clerk
                                        By: Anthony Bowser, Deputy Clerk